UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| NICOLETTI, RICHARD L., JR. | ) | BANKRUPTCY CASE 10-13422 |
| NICOLETTI, VICKI S. | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim # 5, | Fifth Third Bank,<br>P.O. box 829009<br>Dallas, TX 75382-9009 | $1.08 |
| | TOTAL: | $1.08 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _25th_ day of July, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov. Scott Federspiel, 4240 Flagstaff Cove, Fort Wayne, IN 46815, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

_/s/ Dustin M. Roach_
Dustin M. Roach